IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-CR-47-GKF |
| ) | |
| DESMOND DION TURNER, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Before the court is Defendant Desmond Dion Turner's ("Turner") Motion to Appoint Counsel (Dkt. #80).

There is no constitutional right to assistance of counsel in pursuing a motion for reduction of sentence under the "Crack Cocaine Amendment," 18 U.S.C. § 3582(c)(2). *U.S. v. Olden*, 296 F. App'x 671, 674 (10th Cir. 2008) (unpublished). The appointment of counsel in § 3582 cases is left to the discretion of the district court. *Id.* (citing *Engberg v. Wyoming*, 265 F.3d 1109, 1121-22 (10th Cir.2001)). The court has considered the recommendation of the United States Probation Office for the Northern District of Oklahoma that Turner's application for a sentence reduction is not complicated and should involve a simple administrative recalculation of his guideline range. The court does not find that Turner requires the appointment of counsel in this matter, so the motion is denied without prejudice.

**WHEREFORE**, Turner's Motion to Appoint Counsel (Dkt. #80) is denied without prejudice.

**IT IS SO ORDERED** this 4th day of January, 2010.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma